E-FILED
Monday, 06 December, 2004 12:53:18 PM
Clerk, U.S. District Court, ILCD

December 1, 2004

Mr. Jeff Prince
Morgan Stanley
3731 West Wabash
Springfield, IL 62707

    Re:    *Resignation of Christopher H. Noonan*

Dear Jeff:

    Please be advised that I hereby resign from my employment with Morgan Stanley effective immediately. I have not taken any copies or originals of Morgan Stanley's proprietary documents. Solicitation letters will not be sent to my clients. If anyone, including my clients, inquires about my whereabouts, please advise them that I may be reached at Smith Barney, 3201 West White Oaks Drive, Springfield, Illinois, (217) 547-3500.

    Also be advised that I am represented by Scott C. Helmholz, Brown Hay & Stephens, LLP, 205 South Fifth Street, Suite 700, Springfield, Illinois (217) 544-8491. In the event, that Morgan Stanley decides to take any legal action against me, which would be totally unwarranted, I request that Morgan Stanley provide my counsel with adequate written notice of such action and that this letter be submitted to any judge or arbitrator before whom you may appear.

    Sincerely,

    Christopher H. Noonan

December 1, 2004

Mr. Jeff Prince
Morgan Stanley
3731 West Wabash
Springfield, IL 62707

    Re:    *Resignation of Thomas Noonan*

Dear Jeff:

    Please be advised that I hereby resign from my employment with Morgan Stanley effective immediately. I have not taken any copies or originals of Morgan Stanley's proprietary documents. Solicitation letters will not be sent to my clients. If anyone, including my clients, inquires about my whereabouts, please advise them that I may be reached at Smith Barney, 3201 West White Oaks Drive, Springfield, Illinois, (217) 547-3500.

    Also be advised that I am represented by Scott C. Helmholz, Brown Hay & Stephens, LLP, 205 South Fifth Street, Suite 700, Springfield, Illinois (217) 544-8491. In the event, that Morgan Stanley decides to take any legal action against me, which would be totally unwarranted, I request that Morgan Stanley provide my counsel with adequate written notice of such action and that this letter be submitted to any judge or arbitrator before whom you may appear.

                                    Sincerely,

                                    Thomas Noonan

December 1, 2004

Mr. Jeff Prince
Morgan Stanley
3731 West Wabash
Springfield, IL 62707

    Re:    *Resignation of Timothy R. Huseman*

Dear Jeff:

    Please be advised that I hereby resign from my employment with Morgan Stanley effective immediately. I have not taken any copies or originals of Morgan Stanley's proprietary documents. Solicitation letters will not be sent to my clients. If anyone, including my clients, inquires about my whereabouts, please advise them that I may be reached at Smith Barney, 3201 West White Oaks Drive, Springfield, Illinois, (217) 547-3500.

    Also be advised that I am represented by Scott C. Helmholz, Brown Hay & Stephens, LLP, 205 South Fifth Street, Suite 700, Springfield, Illinois (217) 544-8491. In the event, that Morgan Stanley decides to take any legal action against me, which would be totally unwarranted, I request that Morgan Stanley provide my counsel with adequate written notice of such action and that this letter be submitted to any judge or arbitrator before whom you may appear.

                                Sincerely,

                                Timothy R. Huseman

December 1, 2004

Mr. Jeff Prince
Morgan Stanley
3731 West Wabash
Springfield, IL 62707

    *Re:*    *Resignation of Stephen L. Patton*

Dear Jeff:

    Please be advised that I hereby resign from my employment with Morgan Stanley effective immediately. I have not taken any copies or originals of Morgan Stanley's proprietary documents. Solicitation letters will not be sent to my clients. If anyone, including my clients, inquires about my whereabouts, please advise them that I may be reached at Smith Barney, 3201 West White Oaks Drive, Springfield, Illinois, (217) 547-3500.

    Also be advised that I am represented by Scott C. Helmholz, Brown Hay & Stephens, LLP, 205 South Fifth Street, Suite 700, Springfield, Illinois (217) 544-8491. In the event, that Morgan Stanley decides to take any legal action against me, which would be totally unwarranted, I request that Morgan Stanley provide my counsel with adequate written notice of such action and that this letter be submitted to any judge or arbitrator before whom you may appear.

                         Sincerely,

                         Stephen L. Patton

December 1, 2004

Mr. Jeff Prince
Morgan Stanley
3731 West Wabash
Springfield, IL 62707

    Re:    *Resignation of Tara House*

Dear Jeff:

    Please be advised that I hereby resign from my employment with Morgan Stanley effective immediately.

                                      Sincerely,

                                      *[signature: Tara House]*

                                      Tara House

December 1, 2004

Jeff Prince
Branch Manager
Morgan Stanley
3731 Wabash Ave.
Springfield, IL 62711

Re: Resignation of Mary Ann Schroeder

Dear Jeff,

Please be advised that I am resigning my position at Morgan Stanley effective immediately.

Thank you,

*Mary Ann Schroeder*

Mary Ann Schroeder