E-FILED
Monday, 06 December, 2004 12:51:40 PM
Tuesday, 23 November, 2004 03:42:13 PM
Clerk, U.S. District Court, ILCD
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.,

    Plaintiff,

v.

No. 04-3251

GARY LOWERY and DARIN MULLER,

    Defendants.
_____/

| | |
|---|---|
| Hertz, Schram & Saretsky, P.C. | Carlile Patchen & Murphy |
| Attorneys for Plaintiff | Attorneys for Defendants |
| By:  Gary M. Saretsky | By:  Dennis Concilla |
|      Miles D. Hart | 366 East Broad Street |
|      Eric A. Michaels | Columbus, OH 43215 |
| 1760 S. Telegraph Rd., Suite 300 | (614) 228-6135 |
| Bloomfield Hills, MI 48302-0183 | |
| (248) 335-5000 | |

_____/

## STIPULATED ORDER

This cause came before the Court on November 12, 2004 on Morgan Stanley DW Inc.'s ("Morgan Stanley") complaint, and the parties' stipulation to this order. The parties having stipulated to the entry of this Order and good cause appearing, the Court hereby finds as follows:

IT IS HEREBY ORDERED THAT defendants, and all those acting in concert with them, including but not limited to any agent or employee of their current employer, shall immediately return to Morgan Stanley's counsel; (1) all originals, copies, other reproductions, derivatives, or computerized information, In any form whatsoever, of any Morgan Stanley trade secret(s), as defined by "the Illinois Trade Secrets Act."

Counsel for the Defendant further agrees to make available for inspection and copying by Plaintiff's counsel, any documents or information not deemed to be trade secrets.

IT IS FURTHER ORDERED THAT defendants affirm, under oath, that they have complied with this Order, such affirmation to be filed in this Court and served upon all parties on or before November 16, 2004.

Dated: November 23, 2004

s/ Jeanne E. Scott
United States District Judge

Stipulated and agreed:

Hertz, Schram & Saretsky, P.C.

Gary M. Saretsky
Miles D. Hart
Eric A. Michaels
Attorneys for Plaintiff

Carlile Patchen & Murphy

Dennis Concilla
Douglas R. Jennings    by permission MDH
Attorneys for Defendants    see attached

2

Gary M Saretsky
HERTZ SCHRAM & SARETSKY, PC
Suite 300
1760 S Telegraph Rd
Bloomfield Hills, MI



RECEIVED
NOV 2 6 2004
HERTZ, SCHRAM & SARETSKY, P.C.