## JOINT PRODUCTION ACKNOWLEDGMENT[1]

I, _Stephen Patton_, acknowledge that by signing below, that any joint production agreement (the "Agreement") between me _Stephen Patton_, and _Darin Mullen_ is being entered into solely to better service clients and to share in commissions generated by such clients' accounts and nothing in such Agreement is intended to affect, change, modify or otherwise alter in anyway Morgan Stanley DW Inc. d/b/a *Morgan Stanley's* ("Morgan Stanley") ownership of client accounts and documents, and confidential and company records and information. I understand and agree that customer accounts and client information of whatever kind and in whatever form are Morgan Stanley assets and do not belong to the partners, individually or jointly or to the joint production unit.

I understand and agree that neither Morgan Stanley nor any of its employees, officers, agents or assigns intends to or has in any way directly or indirectly provided me with legal advice or legal representation with respect to a joint production arrangement between me and _Darin Mullen_. Any information Morgan Stanley has provided to me with respect to a joint production arrangement has been informational only, and I have been advised and I understand that it is not legal advice.

I agree that I may not use trade names for any joint production arrangement that I enter into. Further, I understand and agree that I must be registered in the state(s) of each client account serviced by the joint production arrangement, and that joint production arrangements may only be between fully licensed and registered Morgan Stanley Financial Advisors.

I agree that Morgan Stanley may in its sole discretion require dissolution of any joint production arrangement that I may enter into at anytime and without notice. I understand that division of future commissions will end immediately upon the termination of the joint production arrangement.

I understand and agree, in the event of any dispute between me and my partner(s) arising out of the Agreement, including but not limited to, allocation of commissions, and the distribution of joint production assets on termination of the joint production arrangement, that the Branch Manager or Regional Director shall determine such allocation and distribution. I further understand and agree that distribution of client accounts may change based on customer requests. I also agree not to contact either directly or indirectly any customer for purposes of influencing distribution of accounts.

I understand and agree not to make any arrangements with respect to the joint production arrangement without prior written approval of Morgan Stanley, my Branch Manager and Regional Director.

I agree to cooperate within the joint production arrangement and use my best efforts in furtherance of Morgan Stanley business. I further agree not to make negative comments of any kind regarding current or former partners or any other Morgan Stanley employee.

I agree that any joint production arrangement which I may enter into with any other Morgan Stanley Financial Advisor must be reviewed and authorized by my Branch Manager. I agree that any such joint production arrangement is subordinate to any agreement or contract that

---

[1] The Acknowledgement may not be modified in any way except to change the number of participating Joint Producers.

I may have with Morgan Stanley and must be in accordance with Morgan Stanley policy and procedure, all management directives, and all regulatory, securities organization or agency rules and regulations.

I agree that any controversy or claim arising out of or relating to this Acknowledgement or any joint production arrangement or Joint Production Agreement, or their breach, will be settled by the respective branch manager and regional director and that any issue of enforceability will be settled through the CARE Program Process. In the event that mediation or arbitration is required such will be handled through the CARE Program Process and any judgment upon a determination or award entered by the respective mediators or arbitrators may be entered in any court having jurisdiction thereof.

Finally, I agree to indemnify and hold Morgan Stanley harmless for any and all claims or causes of action of whatever kind or nature arising out of or connected in any way with the joint production arrangement or its termination.

AGREED TO AND ACCEPTED:

_[signature]_    8/4/03
Name of Partner Steve    Date


Reviewed For Morgan Stanley DW Inc.

BY: _[signature]_
Branch Manager  Gary

## JOINT PRODUCTION ACKNOWLEDGMENT[1]

I, Stephen Peter, acknowledge that by signing below, that any joint production agreement (the "Agreement") between me, David Wilkerberg and _____ is being entered into solely to better service clients and to share in commissions generated by such clients' accounts and nothing in such Agreement is intended to affect, change, modify or otherwise alter in anyway Morgan Stanley DW Inc. d/b/a *Morgan Stanley's* ("Morgan Stanley") ownership of client accounts and documents, and confidential and company records and information. I understand and agree that customer accounts and client information of whatever kind and in whatever form are Morgan Stanley assets and do not belong to the partners, individually or jointly or to the joint production unit.

I understand and agree that neither Morgan Stanley nor any of its employees, officers, agents or assigns intends to or has in any way directly or indirectly provided me with legal advice or legal representation with respect to a joint production arrangement between me and David Wilkerberg. Any information Morgan Stanley has provided to me with respect to a joint production arrangement has been informational only, and I have been advised and I understand that it is not legal advice.

I agree that I may not use trade names for any joint production arrangement that I enter into. Further, I understand and agree that I must be registered in the state(s) of each client account serviced by the joint production arrangement, and that joint production arrangements may only be between fully licensed and registered Morgan Stanley Financial Advisors.

I agree that Morgan Stanley may in its sole discretion require dissolution of any joint production arrangement that I may enter into at anytime and without notice. I understand that division of future commissions will end immediately upon the termination of the joint production arrangement.

I understand and agree, in the event of any dispute between me and my partner(s) arising out of the Agreement, including but not limited to, allocation of commissions, and the distribution of joint production assets on termination of the joint production arrangement, that the Branch Manager or Regional Director shall determine such allocation and distribution. I further understand and agree that distribution of client accounts may change based on customer requests. I also agree not to contact either directly or indirectly any customer for purposes of influencing distribution of accounts.

I understand and agree not to make any arrangements with respect to the joint production arrangement without prior written approval of Morgan Stanley, my Branch Manager and Regional Director.

I agree to cooperate within the joint production arrangement and use my best efforts in furtherance of Morgan Stanley business. I further agree not to make negative comments of any kind regarding current or former partners or any other Morgan Stanley employee.

I agree that any joint production arrangement which I may enter into with any other Morgan Stanley Financial Advisor must be reviewed and authorized by my Branch Manager. I agree that any such joint production arrangement is subordinate to any agreement or contract that

---

[1] The Acknowledgement may not be modified in any way except to change the number of participating Joint Producers.

I may have with Morgan Stanley and must be in accordance with Morgan Stanley policy and procedure, all management directives, and all regulatory, securities organization or agency rules and regulations.

I agree that any controversy or claim arising out of or relating to this Acknowledgement or any joint production arrangement or Joint Production Agreement, or their breach, will be settled by the respective branch manager and regional director and that any issue of enforceability will be settled through the CARE Program Process. In the event that mediation or arbitration is required such will be handled through the CARE Program Process and any judgment upon a determination or award entered by the respective mediators or arbitrators may be entered in any court having jurisdiction thereof.

Finally, I agree to indemnify and hold Morgan Stanley harmless for any and all claims or causes of action of whatever kind or nature arising out of or connected in any way with the joint production arrangement or its termination.

AGREED TO AND ACCEPTED:

_____          4-7-04
Name of Partner                        Date

Reviewed For Morgan Stanley DW Inc.

BY: _____
   Branch Manager

## JOINT PRODUCTION ACKNOWLEDGMENT[1]

I, _Steve Patten_, acknowledge that by signing below, that any joint production agreement (the "Agreement") between me, _David Lisneck_, and _David Willenberg_ is being entered into solely to better service clients and to share in commissions generated by such clients' accounts and nothing in such Agreement is intended to affect, change, modify or otherwise alter in anyway Morgan Stanley DW Inc. d/b/a *Morgan Stanley's* ("Morgan Stanley") ownership of client accounts and documents, and confidential and company records and information. I understand and agree that customer accounts and client information of whatever kind and in whatever form are Morgan Stanley assets and do not belong to the partners, individually or jointly or to the joint production unit.

I understand and agree that neither Morgan Stanley nor any of its employees, officers, agents or assigns intends to or has in any way directly or indirectly provided me with legal advice or legal representation with respect to a joint production arrangement between me and _David Lisneck or David Willenberg_. Any information Morgan Stanley has provided to me with respect to a joint production arrangement has been informational only, and I have been advised and I understand that it is not legal advice.

I agree that I may not use trade names for any joint production arrangement that I enter into. Further, I understand and agree that I must be registered in the state(s) of each client account serviced by the joint production arrangement, and that joint production arrangements may only be between fully licensed and registered Morgan Stanley Financial Advisors.

I agree that Morgan Stanley may in its sole discretion require dissolution of any joint production arrangement that I may enter into at anytime and without notice. I understand that division of future commissions will end immediately upon the termination of the joint production arrangement.

I understand and agree, in the event of any dispute between me and my partner(s) arising out of the Agreement, including but not limited to, allocation of commissions, and the distribution of joint production assets on termination of the joint production arrangement, that the Branch Manager or Regional Director shall determine such allocation and distribution. I further understand and agree that distribution of client accounts may change based on customer requests. I also agree not to contact either directly or indirectly any customer for purposes of influencing distribution of accounts.

I understand and agree not to make any arrangements with respect to the joint production arrangement without prior written approval of Morgan Stanley, my Branch Manager and Regional Director.

I agree to cooperate within the joint production arrangement and use my best efforts in furtherance of Morgan Stanley business. I further agree not to make negative comments of any kind regarding current or former partners or any other Morgan Stanley employee.

I agree that any joint production arrangement which I may enter into with any other Morgan Stanley Financial Advisor must be reviewed and authorized by my Branch Manager. I agree that any such joint production arrangement is subordinate to any agreement or contract that

---

[1] The Acknowledgement may not be modified in any way except to change the number of participating Joint Producers.

I may have with Morgan Stanley and must be in accordance with Morgan Stanley policy and procedure, all management directives, and all regulatory, securities organization or agency rules and regulations.

I agree that any controversy or claim arising out of or relating to this Acknowledgement or any joint production arrangement or Joint Production Agreement, or their breach, will be settled by the respective branch manager and regional director and that any issue of enforceability will be settled through the CARE Program Process. In the event that mediation or arbitration is required such will be handled through the CARE Program Process and any judgment upon a determination or award entered by the respective mediators or arbitrators may be entered in any court having jurisdiction thereof.

Finally, I agree to indemnify and hold Morgan Stanley harmless for any and all claims or causes of action of whatever kind or nature arising out of or connected in any way with the joint production arrangement or its termination.

AGREED TO AND ACCEPTED:

_____         _____
Name of Partner                          Date
Steve

Reviewed For Morgan Stanley DW Inc.

BY: _____
    Branch Manager

JOINT PRODUCTION ACKNOWLEDGMENT[1]

I, _Stephen Patton_, acknowledge that by signing below, that any joint production agreement (the "Agreement") between me, _Stephen Patton_, and _Darin Mullen_ is being entered into solely to better service clients and to share in commissions generated by such clients' accounts and nothing in such Agreement is intended to affect, change, modify or otherwise alter in anyway Morgan Stanley DW Inc. d/b/a *Morgan Stanley's* ("Morgan Stanley") ownership of client accounts and documents, and confidential and company records and information. I understand and agree that customer accounts and client information of whatever kind and in whatever form are Morgan Stanley assets and do not belong to the partners, individually or jointly or to the joint production unit.

I understand and agree that neither Morgan Stanley nor any of its employees, officers, agents or assigns intends to or has in any way directly or indirectly provided me with legal advice or legal representation with respect to a joint production arrangement between me and _Darin Mullen_. Any information Morgan Stanley has provided to me with respect to a joint production arrangement has been informational only, and I have been advised and I understand that it is not legal advice.

I agree that I may not use trade names for any joint production arrangement that I enter into. Further, I understand and agree that I must be registered in the state(s) of each client account serviced by the joint production arrangement, and that joint production arrangements may only be between fully licensed and registered Morgan Stanley Financial Advisors.

I agree that Morgan Stanley may in its sole discretion require dissolution of any joint production arrangement that I may enter into at anytime and without notice. I understand that division of future commissions will end immediately upon the termination of the joint production arrangement.

I understand and agree, in the event of any dispute between me and my partner(s) arising out of the Agreement, including but not limited to, allocation of commissions, and the distribution of joint production assets on termination of the joint production arrangement, that the Branch Manager or Regional Director shall determine such allocation and distribution. I further understand and agree that distribution of client accounts may change based on customer requests. I also agree not to contact either directly or indirectly any customer for purposes of influencing distribution of accounts.

I understand and agree not to make any arrangements with respect to the joint production arrangement without prior written approval of Morgan Stanley, my Branch Manager and Regional Director.

I agree to cooperate within the joint production arrangement and use my best efforts in furtherance of Morgan Stanley business. I further agree not to make negative comments of any kind regarding current or former partners or any other Morgan Stanley employee.

I agree that any joint production arrangement which I may enter into with any other Morgan Stanley Financial Advisor must be reviewed and authorized by my Branch Manager. I agree that any such joint production arrangement is subordinate to any agreement or contract that

---

[1] The Acknowledgement may not be modified in any way except to change the number of participating Joint Producers.

I may have with Morgan Stanley and must be in accordance with Morgan Stanley policy and procedure, all management directives, and all regulatory, securities organization or agency rules and regulations.

I agree that any controversy or claim arising out of or relating to this Acknowledgement or any joint production arrangement or Joint Production Agreement, or their breach, will be settled by the respective branch manager and regional director and that any issue of enforceability will be settled through the CARE Program Process. In the event that mediation or arbitration is required such will be handled through the CARE Program Process and any judgment upon a determination or award entered by the respective mediators or arbitrators may be entered in any court having jurisdiction thereof.

Finally, I agree to indemnify and hold Morgan Stanley harmless for any and all claims or causes of action of whatever kind or nature arising out of or connected in any way with the joint production arrangement or its termination.

AGREED TO AND ACCEPTED:

_____         8/4/03
Name of Partner  Steve              Date

Reviewed For Morgan Stanley DW Inc.

BY: _____
    Branch Manager  Gary

## JOINT PRODUCTION ACKNOWLEDGMENT[1]

I, *Tim Huseman* acknowledge that by signing below, that any joint production agreement (the "Agreement") between me, *Larry Hedy*, and _____ is being entered into solely to better service clients and to share in commissions generated by such clients' accounts and nothing in such Agreement is intended to affect, change, modify or otherwise alter in anyway Morgan Stanley DW Inc. d/b/a *Morgan Stanley's* ("Morgan Stanley") ownership of client accounts and documents, and confidential and company records and information. I understand and agree that customer accounts and client information of whatever kind and in whatever form are Morgan Stanley assets and do not belong to the partners, individually or jointly or to the joint production unit.

I understand and agree that neither Morgan Stanley nor any of its employees, officers, agents or assigns intends to or has in any way directly or indirectly provided me with legal advice or legal representation with respect to a joint production arrangement between me and _____. Any information Morgan Stanley has provided to me with respect to a joint production arrangement has been informational only, and I have been advised and I understand that it is not legal advice.

I agree that I may not use trade names for any joint production arrangement that I enter into. Further, I understand and agree that I must be registered in the state(s) of each client account serviced by the joint production arrangement, and that joint production arrangements may only be between fully licensed and registered Morgan Stanley Financial Advisors.

I agree that Morgan Stanley may in its sole discretion require dissolution of any joint production arrangement that I may enter into at anytime and without notice. I understand that division of future commissions will end immediately upon the termination of the joint production arrangement.

I understand and agree, in the event of any dispute between me and my partner(s) arising out of the Agreement, including but not limited to, allocation of commissions, and the distribution of joint production assets on termination of the joint production arrangement, that the Branch Manager or Regional Director shall determine such allocation and distribution. I further understand and agree that distribution of client accounts may change based on customer requests. I also agree not to contact either directly or indirectly any customer for purposes of influencing distribution of accounts.

I understand and agree not to make any arrangements with respect to the joint production arrangement without prior written approval of Morgan Stanley, my Branch Manager and Regional Director.

I agree to cooperate within the joint production arrangement and use my best efforts in furtherance of Morgan Stanley business. I further agree not to make negative comments of any kind regarding current or former partners or any other Morgan Stanley employee.

I agree that any joint production arrangement which I may enter into with any other Morgan Stanley Financial Advisor must be reviewed and authorized by my Branch Manager. I agree that any such joint production arrangement is subordinate to any agreement or contract that

---

[1] The Acknowledgement may not be modified in any way except to change the number of participating Joint Producers.

I may have with Morgan Stanley and must be in accordance with Morgan Stanley policy and procedure, all management directives, and all regulatory, securities organization or agency rules and regulations.

I agree that any controversy or claim arising out of or relating to this Acknowledgement or any joint production arrangement or Joint Production Agreement, or their breach, will be settled by the respective branch manager and regional director and that any issue of enforceability will be settled through the CARE Program Process. In the event that mediation or arbitration is required such will be handled through the CARE Program Process and any judgment upon a determination or award entered by the respective mediators or arbitrators may be entered in any court having jurisdiction thereof.

Finally, I agree to indemnify and hold Morgan Stanley harmless for any and all claims or causes of action of whatever kind or nature arising out of or connected in any way with the joint production arrangement or its termination.

AGREED TO AND ACCEPTED:

_____                         2-11-04
Name of Partner                                          Date

Tim

Reviewed For Morgan Stanley DW Inc.

BY: _____
   Branch Manager