Monday, 06 December, 2004 12:55:03 PM
Clerk, U.S. District Court, ILCD



Stephen Patton
*Senior Vice President - Investments*
*Financial Consultant*

SMITH BARNEY
citigroup

3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500

Citigroup Global Markets Inc.

Thomas A. Noonan
*Vice President - Investments*
*Financial Consultant*

**SMITHBARNEY**
citigroup

3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500

Citigroup Global Markets Inc.



Christopher Noonan
*First Vice President - Investments*
*Financial Consultant*

SMITH BARNEY
citigroup

3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500

Citigroup Global Markets Inc.

Timothy R. Huseman
Second Vice President - Investments
Financial Consultant

SMITH BARNEY
citigroup

3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500

Citigroup Global Markets Inc.