## AFFIDAVIT OF LARRY HARDY

STATE OF ILLINOIS )
                       ) ss:
COUNTY OF SANGAMON )

LARRY HARDY, being duly sworn, deposes and states:

1. I am a financial consultant in Morgan Stanley DW Inc.'s ("Morgan Stanley") Springfield, Illinois branch office. I have been an employee of Morgan Stanley since 1994.

2. In March 2004, I learned that Christopher H. Noonan ("C. Noonan") had received a call from Citigroup Global Markets, Inc. f/k/a Salomon Smith Barney, Inc. ("Citigroup"). Two months later, in May 2004, C. Noonan indicated that he would be meeting with Citigroup in the near future to discuss a potential move to Citigroup.

3. On Tuesday, November 2, 2004, at approximately 2:50 p.m. I saw several Morgan Stanley employees removing boxes and other materials from the Morgan Stanley Springfield, Illinois office.

4. Among these individuals was Timothy R. Huseman ("Huseman"). I also saw Huseman's wife, Gretta Huseman ("Gretta"), pull up to the office in a SUV and carry large, empty Rubbermaid containers into the office. Once in the office, Gretta and Huseman began putting papers and other office materials into the containers. Gretta and Huseman then took the containers out to their car.

5. I also witnessed Thomas A. Noonan ("T. Noonan") frantically filling containers with papers and files from his office. T. Noonan then took these containers out to his car.

6. Mary Ann Schroeder ("Schroeder"), a Morgan Stanley sales assistant working with Huseman and C. Noonan, had a briefcase on her lap and was putting papers and materials into it as well.

7. I have learned that Huseman, C. Noonan, Thomas Noonan ("T. Noonan"), Steve Patton ("Patton"), Schroeder and Tara House ("House") resigned from Morgan Stanley on December 1, 2004 to join Citigroup Global Markets, f/k/a Salomon Smith Barney ("Citigroup").

8. I was assigned some of the accounts formerly serviced by the financial consultants that resigned, and I have been contacting the clients to introduce myself.

9. Some clients have told me that they knew long before December 1, 2004, the above referenced brokers were resigning.

10. Other clients told me that they (the clients) had signed paperwork authorizing the transfer of their accounts to Citigroup prior to the brokers' resignations. More specifically, a client called me to obtain the cost basis for two stocks she had previously purchased. She needed the cost basis because of a class action lawsuit that was pending. I offered to complete the paperwork for her, but she told me that Tom Noonan was already in possession of the papers. I then specifically asked her if she was moving her account to Smith Barney and she told me that she had signed the papers "some time ago".

11. Additionally, there has been a parade of clients coming to our Morgan Stanley branch to meet with the Noonans and/or Patton over the past month. Such activity is very unusual, which lead me to believe that they were having client meetings in order to prepare for the transfer of accounts to Citigroup.

12. I have also been told that clients received letters from T. Noonan, C. Noonan and/or Patton informing clients of their departure from Morgan Stanley and new employment at SmithBarney as early as December 2, 2004, only one day after resigning from Morgan Stanley.

13. I have also been told by clients that they have been contacted by T. Noonan, C. Noonan, Patrick Noonan ("P. Noonan") and/or Patton. More specifically, Chris Noonan contacted one of our joint clients. The client told me, in a conversation this week, that C. Noonan contacted the client, told him Morgan Stanley's office was going to have to close, that all of the people at the Morgan Stanley Springfield, Illinois branch office are incompetent, and that the account must be moved to Citigroup. This client was developed while we were all employed by Morgan Stanley.

14. For the past month, it has been very obvious that C. Noonan, T. Noonan, Patton and Huseman have been "cleaning out" their offices. Huseman was the most obvious, as he would periodically leave the office with his brief case over-stuffed with documents and information. All of their offices have been getting more and more "empty" as time has passed over the preceding month. It does not appear that any of the boxes of documents that were taken by these individuals in early November 2004 were returned to the Morgan Stanley office.

15. The above conversations with clients occurred between December 1, 2004 and December 3, 2004.

16. The above statements are true and accurate and made under the penalty of perjury.

Further, Affiant sayeth not.

3

LARRY HARDY

Sworn to before me this
___3___ day of December 2004

Notary Public

OFFICIAL SEAL
GARY C. HUFFMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-12-2005

S:\Staff\Martin, Denise\MILES\MORGAN STANLEY\Lowery\Larry.Hardy.affidavit.doc