AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois _____

MORGAN STANLEY DW INC.

V.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A. NOONAN and TIMOTHY R. HUSEMAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-3263

TO: (Name and address of Defendant)

Stephen L. Patton
2100 Greenside Drive
Springfield, IL 62704-3291

Stephen L. Patton
3201 West White Oaks Dr.
Springfield, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miles D. Hart
Hertz, Schram & Saretsky, P.C.
1760 S. Telegraph Road, Ste. 300
Bloomfield Hills, MI 48302

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

12/6/04
DATE

s/ C. Cathcart
(By) DEPUTY CLERK