# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

MORGAN STANLEY DW INC.

V.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A. NOONAN and TIMOTHY R. HUSEMAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-3263

TO: (Name and address of Defendant)

Christopher H. Noonan
6209 Eagle Ridge
Springfield, IL 62711-7809

Christopher H. Noonan
3201 West White Oaks Dr.
Springfield, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miles D. Hart
Hertz, Schram & Saretsky, P.C.
1760 S. Telegraph Road, Ste. 300
Bloomfield Hills, MI 48302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                12/6/04
CLERK                                            DATE

s/ C. Cathcart
(By) DEPUTY CLERK