AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

MORGAN STANLEY DW INC.

**SUMMONS IN A CIVIL ACTION**

V.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A. NOONAN and TIMOTHY R. HUSEMAN

CASE NUMBER: 04-3263

TO: (Name and address of Defendant)

Timothy R. Huseman
4423 Foxbury Lane
Springfield, IL 62707-8131

Timothy R. Huseman
3201 West White Oaks Dr.
Springfield, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miles D. Hart
Hertz, Schram & Saretsky, P.C.
1760 S. Telegraph Road, Ste. 300
Bloomfield Hills, MI 48302

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                    12/6/04
CLERK                                                DATE

s/ C. Cathcart
(By) DEPUTY CLERK