217 228 9934    P.07/09
**E-FILED**
Monday, 06 December, 2004  01:08:14 PM
Clerk, U.S. District Court, ILCD

# CODE OF CONDUCT ACKNOWLEDGEMENT

I certify that I have received, reviewed, understand and agree to be bound by the Company's Code of Conduct contained in my Employee Handbook.

I understand that my failure to comply with the principles contained in the Code is grounds for disciplinary action up to and including termination of employment.

Employee Name (Printed): _Christopher H. Noonan_

Employee Signature: _[signature]_

Office: _426 Spfld IL_     Date: _1-23-95_

Please return this form to your Manager promptly.

## CODE OF CONDUCT ACKNOWLEDGEMENT

I certify that I have received, reviewed, understand and agree to be bound by the Company's Code of Conduct contained in my Employee Handbook.

I understand that my failure to comply with the principles contained in the Code is grounds for disciplinary action up to and including termination of employment.

Employee Name (Printed): _Stephen L. Patton_

Employee Signature: _[signature]_

Office: _426_     Date: _____

Please return this form to your Manager promptly.

# CODE OF CONDUCT ACKNOWLEDGEMENT

I certify that I have received, reviewed, understand and agree to be bound by the Company's Code of Conduct contained in my Employee Handbook.

I understand that my failure to comply with the principles contained in the Code is grounds for disciplinary action up to and including termination of employment.

Employee Name (Printed): _THOMAS A. NOONAN_

Employee Signature: _[signature]_

Office: _42C6_      Date: _1/26/95_

Please return this form to your Manager promptly.

# MSDW Employee Code of Conduct 2001 Acknowledgment Form

I have received a copy of the Morgan Stanley Dean Witter Code of Conduct 2001. I acknowledge that I have read the Code of Conduct, and that I understand and agree to abide by the requirements set forth therein. I agree that it is a condition of my employment that I will abide by the Code and any additional or amended policies and procedures issued from time to time for the purpose of ensuring compliance with statutory and regulatory provisions or maintaining the Firm's reputation and integrity. I understand that any violation of the Code may subject me to disciplinary action, up to and including dismissal, as well as possible civil and criminal penalties.

For employees in the U.K., Japan and Canada only: I have received and read a copy of the supplement to the MSDW Code of Conduct 2001 applying to the region of my employment. I understand that the supplement is part of the Code for the purposes of this acknowledgment, and I agree to abide by the requirements set forth therein.

For U.K. employees only: I consent to the use, including the international transfer, of information concerning me, including sensitive personal data, in the manner described in the UK supplement to the MSDW Code of Conduct 2001.

Employee Name: Tim Huseman

Employee Signature: [signature]

MSDW ID No.: 

Social Security No.: 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

Date: 10/3/01