Monday, 06 December, 2004 01:46:07 PM
Clerk, U.S. District Court, ILCD



SMITH BARNEY
citigroup

Stephen Patton
*Senior Vice President - Investments*
*Financial Consultant*

3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500

Citigroup Global Markets Inc.


Thomas A. Noonan
Vice President - Investments
Financial Consultant
SMITH BARNEY
citigroup
3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500
Citigroup Global Markets Inc.




Christopher Noonan
*First Vice President - Investments*
*Financial Consultant*

3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500

Citigroup Global Markets Inc.


Timothy R. Huseman
Second Vice President - Investments
Financial Consultant
SMITH BARNEY
citigroup
3201 W. White Oaks Dr.
Springfield, IL 62704
Tel 217 547 3500
Citigroup Global Markets Inc.