**E-FILED**
Monday, 06 December, 2004 03:57:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| MORGAN STANLEY DW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 04-3263 |
| ) | |
| STEPHEN L. PATTON, CHRISTOPHER H. ) | |
| NOONAN, THOMAS A. NOONAN, and ) | |
| TIMOTHY R. HUSEMAN, ) | |
| ) | |
| Defendants. ) | |

*ENTRY OF APPEARANCE*

NOW COMES Brown, Hay & Stephens, LLP, by Scott C. Helmholz and Almon A. Manson, and enters its Appearance on behalf of Defendants in this cause of action.

*STEPHEN L. PATTON, ET AL.,*
*Defendants,*

s/Scott C. Helmholz, Esq.
Registration No. 6186488
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Facsimile: (217) 241-3111

## PROOF OF SERVICE

I hereby certify that on **December 6, 2004,** I electronically filed my **Entry of Appearance** with the Court using the CM/ECF system which will send notification of such filings to the following:

Dennis Concilla, Esq.
Miles Hart, Esq.

and I certify that a copy was mailed to the following:

Gary M. Saretsky, Esq.
Hertz Schram & Saretsky, P.C.
1760 S. Telegraph Rd., Suite 300
Bloomfield, MI  48302-0183

Eric A. Michaels, Esq.
Hertz Schram & Saretsky, P.C.
1760 S. Telegraph Rd., Suite 300
Bloomfield, MI  48302-0183

> **s/Scott C. Helmholz, Esq.**
> Registration No. 6186488
> Brown, Hay & Stephens, LLP
> 205 South Fifth Street, Suite 700
> P.O. Box 2459
> Springfield, IL  62705
> Telephone:  (217) 544-8491
> Facsimile:  (217) 241-3111

December 6, 2004\crs\F:\WORD\SCHCLIEN\NOONAN\ENTRYOFAPPEARANCE.DOC