## AFFIDAVIT OF TIMOTHY R. HUSEMAN

STATE OF ILLINOIS  :
:  ss
COUNTY OF SANGAMON  :

1. My name is Timothy R. Huseman. I have personal knowledge of each of the matters stated in this affidavit, which is given in opposition to the motion for temporary restraining order filed by my former employer, Morgan Stanley DW Inc. ("Morgan Stanley").

2. I commenced employment with Morgan Stanley on October 22, 2001.

3. On December 1, 2004, I resigned my position at Morgan Stanley and joined the newly formed Springfield, Illinois branch office of Citigroup Global Markets, Inc., d.b.a. Smith Barney ("Smith Barney"). When I resigned from Morgan Stanley, I was generating commissions of approximately $175,000 per year. I received little assistance from Morgan Stanley in attracting clients.

4. Upon my resignation from Morgan Stanley, I unintentionally removed copies of documents pertaining to Morgan Stanley account holders. My attorneys have delivered these documents to counsel for Morgan Stanley.

5. I have not solicited any clients to transfer their accounts from Morgan Stanley to my new employer, or to otherwise discontinue their patronage and business relationship with Morgan Stanley. Announcements to clients merely provided the recipient with an address and phone number where I could be contacted. No Smith Barney materials were included with the announcements. Likewise, no Morgan Stanley proprietary or confidential data was used to prepare the mailing.

6. As a professional financial advisor, I am personally familiar with each of my clients' financial affairs and I am frequently called upon to answer questions or provide advice to those clients. Accordingly, it is imperative that my clients be able to contact me if they see the need to do so. As it is my understanding Morgan Stanley resists disclosing a departing employee's new employer to clients, receipt of an announcement is the only way in which my clients will be able to contact me if they need to do so.

7. I did not directly or indirectly solicit or recruit any employee of Morgan Stanley to leave the employ of Morgan Stanley.

FURTHER AFFIANT SAYETH NAUGHT.

_____
TIMOTHY R. HUSEMAN

Sworn to before me and subscribed in my presence on this 6th day of December, 2004.

_____
Notary Public

> OFFICIAL SEAL
> ALMON A. MANSON, JR.
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 8-15-2007