E-FILED
Tuesday, 07 December, 2004  09:34:56 AM
Clerk, U.S. District Court, ILCD

DATED:   This  /1  day of October, 1994.

_____
One of the attorneys for Kemper Securities, Inc.

Christopher J. Barber
Daniel P. Roy
Nancy L. Hendrickson
COFFIELD UNGARETTI & HARRIS
3500 Three First National Plaza
Chicago, Illinois 60602
(312)977-4400

21

## CERTIFICATION

Under penalties as provided by law pursuant to § 1-109 of the Illinois Code of Civil Procedure, the undersigned, as an officer of Kemper Securities, Inc. who has authority to make this certification, certifies that the statements set forth in the Verified Complaint in Chancery for Injunctive and Other Relief are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*[signature]*
Brand F. Meyer

# NOW IN SPRINGFIELD
## A DEAN WITTER OFFICE TO SERVE YOUR FINANCIAL NEEDS

Dean Witter, a respected leader in financial services with responsibility for over $157 billion in client assets and more than 835 offices nationwide, is proud to announce the opening of our new office in Springfield.

Since 1924, Dean Witter has put the interests of our clients first. We value our reputation for integrity and stability and measure our success by the trust we earn. Our conservative policies have been the hallmark of our company for well over half a century.

We take pride in the professionalism and dedication of our Account Executives and in their ability to provide financial programs tailored to each client's goals.

**Patrick A. Noonan**
Senior Vice President Investments
Branch Manager

**Stephen L. Patton**
Senior Vice President Investments

**Christopher H. Noonan**
Vice President Investments

**Gary Seitz**
Vice President Investments

**Larry A. Handy**
Vice President Investments

**Thomas A. Noonan**
Account Executive

**Barbara Fleck**
Operations Manager

**Mary Ann Schroeder**
Sales Assistant

**Michelle Rogers**
Sales Assistant

We invite you to call or visit to learn about our quality products and enjoy the benefits of our personal service. Our new office is conveniently located at:

500 East Monroe
Springfield, Illinois 62701
(217) 535-2300
(800) 535-2870

*WE MEASURE SUCCESS ONE INVESTOR AT A TIME*



# DEAN WITTER

Dean Witter Reynolds Inc. Member SIPC

Exhibit 15