```
BW5421    AUG 10,2004       6:29 PACIFIC      09:29 EASTERN
```

## ( BW)(NY-MERRILL-LYNCH)(MER) Merrill Lynch, Smith Barney and UBS to Adopt New Broker Recruitment Protocol; Firms Invite Others to Adopt Measure That Reinforces Client Choice and Protects Financial Privacy

Business Editors

NEW YORK--(BUSINESS WIRE)--Aug. 10, 2004--Three leading financial firms today announced they have agreed to adopt a new protocol for the protection of client information when a registered representative transfers from one firm to another. The protocol will reinforce client freedom of choice while safeguarding the privacy of personal financial information.

The firms, Merrill Lynch, Pierce, Fenner & Smith, Inc., the Smith Barney division of Citigroup Global Markets Inc., and UBS Financial Services Inc., together employ approximately 33,000 registered representatives. They are inviting all other broker-dealers employing registered representatives to adopt this protocol as the industry standard.

Under the protocol, a registered representative moving from one participating firm to another is permitted to take limited client contact information, such as name, address (including email) and phone number. This information may be used by the registered representative to discuss with the clients whether they wish to transfer accounts to the new firm. Use of the information for any other purpose is prohibited.

Personal financial information such as account statements may not be released and accounts may not be transferred without written approval of the client. When such written authorization is received from the client, it will be executed promptly.

This new protocol is expected to facilitate client choice and eliminate any inconvenience to clients resulting from litigation that can occur between firms and registered representatives when they make a move.

The three firms expect to put the new protocol into effect early in the fourth quarter of 2004.

```
    --30--MEM/ny*

    CONTACT: Merrill Lynch:
             Erik Hendrickson, 212-449-7293
              or
             Smith Barney:
             Kimberly Atwater, 212-816-0132
              or
             UBS:
             Peter Casey, 212-713-8511

    KEYWORD: NEW YORK CALIFORNIA
    INDUSTRY KEYWORD: BANKING MARKETING AGREEMENTS
    SOURCE: Merrill Lynch and Smith Barney and UBS
```

ARBITRATION DECISIONS DENYING INJUNCTIVE RELIEF AGAINST
SECURITIES FIRMS AND FINANCIAL ADVISORS IN RECRUITING CASES

---

108. Morgan Stanley Dean Witter, inc. v. Erick Zannner, et al.
August 17, 2001            (NASD)

107. Banc of America Inv. Services, Inc. v. Wachovia Sec. Inc. et al
January 16, 2001       (NASD)

106. Banc of American Inv. Services, Inc. v. Legg Mason Wood Walker, Inc. et al
November 16, 2000    (NASD - Boca Raton, FL)

105. Olde Discount Corp. v. Jeffrey S. Johnson and Morgan Stanley
October 6, 2000        (NASD - Detroit, MI)

104. Cynthia D. Burger v. Independence One Brokerage Services, Inc.
September 11, 2000   (NASD - Detroit, MI)

103. Slavic Investment, Corp. v. Leetch
July 11, 2000          (NASD)

102. Wachovia Sec., Inc. v. Raymond James & Assoc., Inc.
June 6, 2000           (NASD)

101. Igor Tsiperfal v. Ohio Savings Sec., Inc.
May 25, 2000           (NASD)

100. Raymond James & Assoc., Inc. v. JC Bradford & Co.
March 31, 2000               (NASD - Houston, TX)

99.  GKN Sec. Corp. v. Goldstein
February 18, 2000      (NASD - New York, NY)

98.  B.C. Ziegler and Co. v. Merrill Lynch
January 31, 2000       (NASD - Denver, CO)

97.  First Nat'l Bank & Trust of Muskogee v. FFP Sec.,Inc.
November 23, 1999    (NASD - Oklahoma City, OK)

96.  Int'l Assets Advisory Corp v. Morgan Stanley Dean Witter Co.
April 16, 1999           (NASD - Tampa, FL)

95.  Baraban Sec., Inc. v. Western Int'l Sec.
March 9, 1999                 (NASD - Los Angeles, CA)

94.  NationsBanc Inv., Inc. v. Legg Mason Wood Walker, et al
December 24, 1998 and January 7, 1999     (NASD - Washington, DC)

---

ADR/ADR/465743.2
ADMIN.004

93. <u>LOP Capital Markets, Inc. v. Zwick</u>
    August 11, 1998      (NASD - Boca Raton, FL)

92. <u>Merrill Lynch v. Beal</u>
    July 30, 1998        (NASD - Baltimore, MD)

91. <u>Prudential Securities v. Silvaggi</u>
    June 23, 1998        (NYSE)

90. <u>Principal Financial Sec., Inc. v. Pease</u>
    May 22, 1998         (NASD - Dallas, TX)

89. <u>A.G. Edwards and Sons, Inc. v. Mercantile Inv. Services, Inc.</u>
    April 23, 1998       (NASD - St. Louis, MO)

88. <u>J.C. Bradford Co. v. Merrill Lynch</u>
    April 8, 1998        (NASD - Atlanta, GA)

87. <u>Key Investments, Inc. v. Richard</u>
    February 17, 1998    (NASD - Boston, MA)

86. <u>The Ohio Co. v. Welch</u>
    January 7, 1998      (NASD - Southfield, MI)

85. <u>Suntrust Bank, Nashville, N.A. v. Shea</u>
    November 24, 1997    (NASD - Nashville, TN)

84. <u>Dean Witter Reynolds, Inc. v. Legg Mason Wood Walker, Inc., et al.</u>
    November 5, 1997     (NASD - Boston, MA)

83. <u>Prudential Sec., Inc. v. Bruggman</u>
    October 10, 1997     (NASD - Raleigh, NC)

82. <u>Stein Shore Sec. v. American Inv. Services, Inc.</u>
    May 5, 1997          (NASD - Chicago, IL)

81. <u>Raymond James & Assoc.Inc. v. Smith Barney Shearson Inc</u>
    April 14, 1997       (NASD - Ft. Lauderdale, FL)

80. <u>First Michigan Corp. v. Sec. Am., Inc.</u>
    April 3, 1997        (NASD - Southfield, MI)

79. <u>Moye v. Prudential Securities, Inc.</u>
    January 20, 1997     (NASD - Pittsburgh, PA)

78. <u>Dean Witter Reynolds v. Zielka</u>
    January 8, 1997      (NASD - Chicago, IL)

77. <u>David Lerner Associates v. Prudential</u>
    September 5, 1997    (NASD - New York, NY)

76. Dean Witter v. Roache
    May 1997                    (NASD - West Palm Beach, FL)

75. Newman v. Gibralter
    February 12, 1997     (NASD - New York, NY)

74. Elsen v. Merrill Lynch
    November 1, 1996     (NASD - Chicago, IL)

73. Liberty Capital Markets v. Prudential
    July 8, 1996             (NYSE - Los Angeles, CA)

72. Prudential v. PaineWebber
    April 16, 1996          (NYSE - Clearwater, FL)

71. Smith Barney v. Rosenthal
    March 30, 1996         (NASD - Chicago, IL)

70. Stockum v. Merrill Lynch
    February 5, 1996      (NASD - Chicago, IL)

69. Merrill Lynch v. VanderWoude
    January 29, 1996      (NASD - Chicago, IL)

68. Kemper Securities v. Robert W. Baird & Co.
    October 18, 1995      (NYSE - Chicago, IL)

67. Rick R. Malizia v. Merrill Lynch
    July 10, 1995           (NASD - Cleveland, OH)

66. Glenfed Brokerage Services v. PaineWebber
    June 13, 1995          (NASD - Tampa, FL)

65. Kevin L. Doss v. Merrill Lynch
    May 23, 1995          (NASD - Cleveland, OH)

64. Vining Sparks v. Prudential
    May 17, 1995          (NYSE - New York, NY)

63. Merrill Lynch v. Smith Barney
    February 27, 1995    (NASD - Ft. Lauderdale, FL)

62. Advest, Inc. v. Prudential
    December 1, 1994    (NYSE - New York, NY)

61. Jerry Wade v. IDS Financial Services
    November 29, 1994   (NASD - Minneapolis, MN)

60. Kemper Securities v. Shearson Lehman Brothers
    June 2, 1994           (NYSE - New York, NY)

59. J.C. Bradford & Co. v. Robert Taloforro
    May 4, 1994          (NYSE - Atlanta, GA)

58. Merrill Lynch v. Nora Barnes
    February 24, 1994    (NYSE - Charlotte, NC)

57. John Murphy v. Merrill Lynch v. Kidder Peabody
    December 16, 1993    (NASD - New York, NY)

56. PaineWebber v. Shearson Lehman
    April 22, 1993       (NYSE - Cleveland, OH)

55. Prudential v. Piper Jaffray, Inc.
    April 15, 1993       (NYSE - Chicago, IL)

54. Paul Hedges v. Merrill Lynch v. Prudential
    February 18, 1993    (NYSE - New York, NY)

53. Salvano v. Merrill Lynch
    December 7, 1992     (NYSE - New York, NY)

52. Smith Barney v. Dean Witter
    November 12, 1992    (NYSE - Atlanta, GA)

51. Wedbush Morgan v. A.G. Edwards & Sons
    November 4, 1992     (NYSE - Portland, OR)

50. Stuart G. Dickenson v. Merrill Lynch
    May 14, 1992         (NYSE - Dallas, TX)

49. Merrill Lynch v. Kevin Marshburn
    December 31, 1991    (NYSE - Fort Lauderdale, FL)

48. Tramontano v. Merrill Lynch
    July 10, 1990        (NYSE - New York, NY)

47. Merrill Lynch v. Shearson Lehman
    June 8, 1990         (NYSE - New York, NY)

46. Wheat First Securities v. Michael Farr
    May 2, 1990          (NYSE - Washington, DC)

45. William P. Ferry v. Merrill Lynch
    March 27, 1990       (NYSE - St. Louis, MO)

44. Shearson Lehman Hutton v. Linda Jorgensen
    January 8, 1990      (NYSE - New York, NY)

43. Merrill Lynch v. John Dolan
    February 14, 1990    (NYSE - Indianapolis, IN)

ADR/ADR/465743.2
ADMIN.004

42. <u>Mark D. Howell v. Shearson Lehman Hutton</u>
    October 24, 1989    (NYSE - New York, NY)

41. <u>IDS Financial corporation v. Harvey I. Sloan</u>
    October 24, 1989    (NYSE - San Francisco, CA)

40. <u>Prudential v. Merrill Lynch</u>
    August 16, 1989    (NYSE - Atlanta, GA)

39. <u>Merrill Lynch v. Howton</u>
    August 11, 1989    (NYSE - New Orleans, LA)

38. <u>Merrill Lynch v. Pellicano</u>
    August 10, 1989    (NYSE - Baltimore, MD)

37. <u>Merrill Lynch v. Douglas Totten</u>
    July 21, 1989    (NYSE - Washington, DC)

36. <u>Linda Datz v. IDS Financial Corporation</u>
    March 20, 1989    (NASD)

35. <u>Stephen Blumenthal v. Merrill Lynch</u>
    March 14, 1989    (NYSE - New York, NY)

34. <u>Dean B. Baubach v. IDS Financial Corporation</u>
    March 10, 1989    (NASD - Nashville, TN)

33. <u>Merrill Lynch v. Curtis L. Hess</u>
    December 16, 1988    (NYSE - Philadelphia, PA)

32. <u>James Armstrong v. IDS Financial Corporation</u>
    November 1, 1988    (NASD - Wilmington, NC)

31. <u>Johana Kehoe v. Merrill Lynch</u>
    September 30,1988    (NYSE - Philadelphia, PA)

30. <u>IREC V. David Lerner Assocs.</u>
    June 9, 1988    (NASD - New York, NY)

29. <u>Barbara J. Maller v. IDS Financial Corp.</u>
    June 8, 1988    (NASD - Tampa, FL)

28. <u>Walter J. Chesney v. Merrill Lynch</u>
    February 25, 1988    (NYSE - Miami, FL)

27. <u>Robert Bradley v. Merrill Lynch</u>
    January 26, 1988    (NYSE - Philadelphia, PA)

26. <u>Merrill Lynch v. John R. Adams</u>
    August 5, 1987    (NYSE - Philadelphia, PA)

25. <u>Moose, Beard and Rohrbaugh v. Merrill Lynch</u>
    October 10, 1986    (NYSE - New York, NY)

24. <u>Gilbraltar Securities v. Merrill Lynch</u>
    August 18, 1986    (NASD - New York, NY)

23. <u>Merrill Lynch v. Farmer and Sargent</u>
    July 11, 1986    (NYSE - New York, NY)

22. <u>Smith Barney v. Merrill Lynch</u>
    July 11, 1986    (NYSE - New York, NY)

21. <u>Smith Barney v. Merrill Lynch</u>
    July 2, 1986    (NYSE - New York, NY)

20. <u>Merrill Lynch v. Prudential</u>
    October 22, 1985    (NYSE - Phoenix, AZ)

19. <u>Ronald Smith v. Merrill Lynch</u>
    September 17, 1985    (NYSE - New York, NY)

18. <u>Thomson McKinnon v. Underwood Neuhaus & Co.</u>
    August 16, 1985    (NYSE - Houston, TX)

17. <u>Kenneth Bradley v. Merrill Lynch</u>
    June 5, 1985    (NYSE - Richmond, VA)

16. <u>Merrill Lynch v. Allen</u>
    April 25, 1985    (NYSE - Tampa, FL)

15. <u>Prudential v. Merrill Lynch</u>
    April 3, 1985    (NYSE - Tampa, FL)

14. <u>Smith Barney v. Merrill Lynch</u>
    February 21, 1985    (NYSE - New York, NY)

13. <u>Merrill Lynch v. Prudential</u>
    January 25, 1985    (NYSE - Fresno, CA)

12. <u>Merrill Lynch v. Steven K. Kinney</u>
    January 22, 1985    (NYSE - Denver, CO)

11. <u>Bryan v. Merrill Lynch</u>
    December 19, 1984    (NYSE - Cincinnati, OH)

10. <u>Merrill Lynch v. John A. Hershey</u>
    December 14, 1984    (NYSE - Cincinnati, OH)

9. <u>Merrill Lynch v. Prudential</u>
    August 22, 1984    (NYSE - San Francisco, CA)

ADR/ADR/465743.2
ADMIN.004

8. <u>John Draper v. Merrill Lynch</u>
   August 16, 1984        (NYSE - Los Angeles, CA)

7. <u>Barbara Sherman v. Merrill Lynch</u>
   August 7, 1984         (NYSE - Phoenix, AZ)

6. <u>Merrill Lynch v. Ronald Szcybor</u>
   August 3, 1984         (NYSE - Baltimore, MD)

5. <u>Merrill Lynch v. Prudential</u>
   June 21, 1984          (NYSE - Los Angeles, CA)

4. <u>Merrill Lynch v. Prudential</u>
   March 28, 1984         (NYSE - San Francisco, CA)

3. <u>Barry D. Estell v. Merrill Lynch</u>
   March 13, 1984         (NYSE - Clayton, MO)

2. <u>Merrill Lynch v. Warren R. Thompson</u>
   December 20, 1983   (NYSE - Atlanta, GA)

1. <u>Turnbaugh v. Merrill Lynch</u>
   August 15, 1983        (NYSE - Chicago, IL)

ADR/ADR/465743.2
ADMIN.004