FOR IMMEDIATE RELEASE
Citigroup Inc. (NYSE: C)
August 09, 2004

**Smith Barney, Merrill Lynch, and UBS to Adopt New Broker Recruitment Protocol**

Firms Invite Others to Adopt Measure that Reinforces Client Choice and Protects Financial Privacy

New York — Three leading financial firms today announced they have agreed to adopt a new protocol for the protection of client information when a registered representative transfers from one firm to another. The protocol will reinforce client freedom of choice while safeguarding the privacy of personal financial information.

The firms, Merrill Lynch, Pierce, Fenner & Smith, Inc., the Smith Barney division of Citigroup Global Markets Inc., and UBS Financial Services Inc., together employ approximately 33,000 registered representatives. They are inviting all other broker-dealers employing registered representatives to adopt this protocol as the industry standard.

Under the protocol, a registered representative moving from one participating firm to another is permitted to take limited client contact information, such as name, address (including email) and phone number. This information may be used by the registered representative to discuss with the clients whether they wish to transfer accounts to the new firm. Use of the information for any other purpose is prohibited.

Personal financial information such as account statements may not be released and accounts may not be transferred without written approval of the client. When such written authorization is received from the client, it will be executed promptly.

This new protocol is expected to facilitate client choice and eliminate any inconvenience to clients resulting from litigation that can occur between firms and registered representatives when they make a move.

The three firms expect to put the new protocol into effect early in the fourth quarter of 2004.

### #

Citigroup (NYSE: C), the preeminent global financial services company has some 200 million customer accounts and does business in more than 100 countries, providing consumers, corporations, governments and institutions with a broad range of financial products and services, including consumer banking and credit, corporate and investment banking, insurance, securities brokerage, and asset management. Major brand names under Citigroup's trademark red umbrella include Citibank, CitiFinancial, Primerica, Smith Barney, Banamex, and Travelers Life and Annuity. Additional information may be found at www.citigroup.com