N.A.S.D. REGULATION, INC.
INTERIM ORDER

NASD REGULATION, INC., OFFICE OF DISPUTE RESOLUTION

In the Matter of the Arbitration Between

Name of Claimant

June Bolton                                                                98-02755

Name of Respondent

The Ohio Company

## INTERIM ORDER

The Ohio Company, an NASD member, has obtained a temporary restraining order in the Common Pleas Court of Cuyahoga County, State of Ohio, to enjoin June Bolton, also registered with the NASD, from using a variety of Ohio Company documents containing information obtained from Ms. Bolton's clients. The Court also ordered that "the parties are to proceed to the expedited NASD arbitration to be commenced on August 6, 1998.

In this hearing for an interim injunction, both parties have made forceful arguments for the respective positions. However, a factor that must also be considered is how this matter between the Claimant and Respondent affects the most important party in the retail brokerage industry, i.e. the retail client. The relationship between the registered representative and the client is based on continuing trust and confidence, and the time and effort to develop this goodwill can be substantial. Also, the client depends on the registered representative for guidance in matters relating to retirement planning or the financing of college tuition.

After taking into consideration the potential harm to the client as well as the Ohio Company and June Bolton, in this volatile world economy, and after considering Rules 10335 and 10324 of the NASD Code of Arbitration, it is decided to issue an interim injunction in favor of the Claimant June Bolton and against Respondent Ohio Company. The order shall permit June Bolton to apply the information obtained as a broker to permit the orderly and prompt transfer of accounts as necessary.

The panel shall commence on the scheduled dates of August 24 and 25, 1998 at 9:30 AM EDT for further hearings. Thank you for your cooperation.

Arbitrator Signature

August 6, 1998

/s/ John N. Stamatis, Esq.
John N. Stamatis, Esq.