E-FILED
Tuesday, 07 December 2004, 12:05:37 PM
Clerk, U.S. District Court, ILCD

FILED
DEC  6 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.,

    Plaintiff,

v.

No. 04-3263

STEPHEN L. PATTON,
CHRISTOPHER H. NOONAN,
THOMAS A. NOONAN and
TIMOTHY R. HUSEMAN,

    Defendants.

---

| | |
|---|---|
| Hertz, Schram & Saretsky, P.C.<br>Attorneys for Plaintiff<br>By:   Gary M. Saretsky<br>        Miles D. Hart<br>        Eric A. Michaels<br>1760 S. Telegraph Rd., Suite 300<br>Bloomfield Hills, MI  48302-0183<br>(248) 335-5000 | Carlile Patchen & Murphy<br>Attorneys for Defendants<br>By:   Dennis Concilla<br>366 East Broad Street<br>Columbus, OH 43215<br>(614) 228-6135<br><br>Brown, Hay & Stephens, LLP<br>Attorneys for Defendants<br>By:   Scott C. Helmholz<br>205 S. Fifth St., Suite 700<br>Springfield, IL 62701<br>(217) 544-8491 |

## STIPULATED TEMPORARY RESTRAINING ORDER

This matter came before the Court on plaintiff, Morgan Stanley DW Inc.'s ("Morgan Stanley"), request for a temporary restraining order. The Court has considered the verified complaint, the motion, and memorandum of law and responsive pleadings from the defendants. The parties having entered into voluntary negotiations, the following agreed order is entered by the Court.

IT IS ORDERED BY AGREED ENTRY THAT:

A. This temporary restraining order is issued immediately. By agreement of the parties bond is waived.

B. Defendants, Stephen L. Patton, Christopher H. Noonan, Thomas A. Noonan and Timothy R. Huseman (collectively "defendants") and/or their current employer, Citigroup Global Markets, Inc., Patrick Noonan, or anyone working with or for defendants and/or their current employer or Patrick Noonan are temporarily enjoined and restrained, directly or indirectly, and whether alone or in concert with others, from:

   (1) Soliciting any Morgan Stanley customers who defendants served while defendants (or Patrick Noonan) were in Morgan Stanley employ except defendants' immediate family members, relatives and any client serviced by defendants (or Patrick Noonan) prior to joining Morgan Stanley. The parties agree that a mere information contact between defendants and former clients will not constitute a solicitation. An "information contact" consists of a written or oral contact that provides information about the defendants' whereabouts and how they may be contacted. Notwithstanding the foregoing, defendants are permitted to provide additional information to clients if requested by the client.

   (2) Soliciting any additional Morgan Stanley employees from Morgan Stanley's Springfield, Illinois or Decatur, Illinois offices for a period of 60 days from the date of this order.

C. Defendants are further ordered to deliver any and all copies or original Morgan Stanley records and software to the branch manager (or his designee) of Morgan Stanley's Springfield, Illinois office at or before 4:00 p.m. on December 8, 2004.

D. This temporary restraining order is binding upon defendants, their agents, servants, employer, employees, and those in active concert or participation with them (including, but not limited to, Patrick Noonan) who receive actual notice of this order and the order shall remain in effect for fifteen days from the date of this order unless replaced by an order of an appropriate arbitrator or arbitration panel of the NASD.

This order is entered by agreement of the parties and is without prejudice to the merits, the claims or defenses which have been or may be asserted in this litigation.

This order is issued this 6th day of December, 2004 at 1:45 o'clock in the ~~a.m.~~/p.m.

s/Jeanne E. Scott
U.S. District Court Judge

Approved:

Morgan Stanley DW, Inc.　　　　　　Stephen L. Patton, Christopher H. Noonan, Thomas A. Noonan, and Timothy R. Huseman, Defendants

By: s/Gary M. Saretsky　　　　　　By: s/Scott Hemholz
Gary M. Saretsky, Esq.　　　　　　　One of Their Attorneys
Hertz Schram & Saretsky, P.C.　　　Brown Hay & Stephens, LLP
1760 S. Telegraph Rd.　　　　　　　205 South Fifth Street
Suite 300　　　　　　　　　　　　　Suite 700
Bloomfield, MI 48302-0183　　　　　Springfield, IL 62701
(248) 335-5000　　　　　　　　　　 (217) 544-8491

S:\Staff\Martin, Denise\MILES\MORGAN STANLEY\Patton\StipTRO.doc