UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.

      Plaintiff,

v.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A . NOONAN and TIMOTHY R. HUSEMAN,

      Defendants,

Case No. 3:04-cv-3263
Hon. Jeanne E. Scott

| | |
|---|---|
| Saretsky Hart Michaels & Gould, P.C.<br>Attorneys for Plaintiff<br>By:   Gary M. Saretsky<br>        Miles D. Hart<br>        Eric A. Michaels<br>995 South Eton<br>Birmingham, Michigan 48009<br>(248) 502-3300 | Carlile Patchen & Murphy<br>Attorneys for Defendants<br>By:   Dennis Concilla<br>        Douglas Jennings<br>366 East Broad Street<br>Columbus, Ohio 43215<br>(614) 228-6135<br><br>Brown, Hay & Stephens, LLP<br>Attorneys for Defendants<br>By:   Scott C. Hemholz<br>205 S. Fifth St., Suite 700<br>Springfield, Illinois 62701<br>(217) 544-8491 |

## **NOTICE OF CHANGE OF ADDRESS**

TO:   Clerk of the Court
        All Counsel of Record

     PLEASE TAKE NOTICE that of the following change of address information for the counsel for Plaintiffs:

        Gary M. Saretsky      email: gsaretsky@saretsky.com
        Miles D. Hart         email: mhart@saretsky.com
        Eric A. Michaels       email: emichaels@saretsky.com
        Saretsky Hart Michaels & Gould PC
        995 South Eton
        Birmingham, MI  48009
        Telephone: (248) 502-3300
        Fax: (248) 502-3301

                Respectfully submitted,

                Saretsky Hart Michaels & Gould PC
                Attorneys for Plaintiff

               By :s/ Miles D. Hart
                 Gary M. Saretsky (MI P31708)
                 Miles D. Hart (MI P43797)
                 Eric A. Michaels (MI P57114)
                 995 South Eton
                 Birmingham, MI  48009
                 Telephone: (248) 502-3300
                 Fax: (248) 502-3301
Dated:  July 17, 2007            E-mail:  mhart@saretsky.com


## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I hereby certified that I have mailed by United States Postal Service the document to any counsel of record who is a non CM/ECF filing participant.

                Saretsky Hart Michaels & Gould PC
                Attorneys for Plaintiff

               By:s/ Miles D. Hart
                 Miles D. Hart (MI P43797)
                 995 South Eton
                 Birmingham, MI  48009
                 Telephone: (248) 502-3300
                 Fax: (248) 502-3301
Dated:  July 17, 2007            E-mail:  mhart@saretsky.com