UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.

    Plaintiff,

v.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A . NOONAN and TIMOTHY R. HUSEMAN,

    Defendants,

Case No. 3:04-cv-3263
Hon. Jeanne E. Scott

| | |
|---|---|
| Saretsky Hart Michaels & Gould, P.C.<br>Attorneys for Plaintiff<br>By:  Gary M. Saretsky<br>       Miles D. Hart<br>       Eric A. Michaels<br>995 South Eton<br>Birmingham, Michigan 48009<br>(248) 502-3300 | Carlile Patchen & Murphy<br>Attorneys for Defendants<br>By:  Dennis Concilla<br>       Douglas Jennings<br>366 East Broad Street<br>Columbus, Ohio 43215<br>(614) 228-6135<br><br>Brown, Hay & Stephens, LLP<br>Attorneys for Defendants<br>By:  Scott C. Hemholz<br>205 S. Fifth St., Suite 700<br>Springfield, Illinois 62701<br>(217) 544-8491 |

## NOTICE OF SUBSTITUTION OF ATTORNEYS

TO:   CLERK OF THE COURT
       DENNIS CONCILLA, ESQ.
       SCOTT C. HEMHOLZ, ESQ.

    Please take notice that Saretsky Hart Michaels & Gould PC has this day entered its appearance as attorneys for plaintiff, in the above-captioned matter, in the place and stead of Hertz, Schram & Saretsky, P.C. Saretsky Hart Michaels & Gould PC further states that this

substitution of attorneys shall in no way affect the court's docket in regard to this cause of action.

>Respectfully submitted,
>
>SARETSKY HART MICHAELS & GOULD PC
>
>By: s/ Miles D. Hart
>    Gary M. Saretsky
>    Miles D. Hart
>    Eric A. Michaels
>    Attorneys for Plaintiff
>    995 South Eton
>    Birmingham, Michigan 48009
>    (248) 502-3300
>    gsaretsky@saretsky.com

Dated: July 9, 2007

## **CONSENT TO SUBSTITUTION**

The undersigned hereby consents to the above substitution of attorneys in the above-captioned matter.

>HERTZ, SCHRAM & SARETSKY, P.C.
>
>By: s/ Steve Weiss
>    Steve Weiss
>    Attorneys for Plaintiff
>    1760 South Telegraph Road, Suite 300
>    Bloomfield Hills, Michigan 48302
>    (248) 335-5000
>    sweiss@hertzschram.com

Dated: July 9, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I hereby certified that I have mailed by United States Postal Service the document to any counsel of record who is a non CM/ECF filing participant.

                    Saretsky Hart Michaels & Gould PC
                    Attorneys for Plaintiff

                    By: s/ Miles D. Hart
                        Miles D. Hart (MI P43797)
                        995 South Eton
                        Birmingham, MI 48009
                        Telephone: (248) 502-3300
                        Fax: (248) 502-3301
Dated: July 17, 2007          E-mail: mhart@saretsky.com