UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.

      Plaintiff,

v.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A. NOONAN and TIMOTHY R. HUSEMAN,

      Defendants.

Case No. 3:04-cv-3263
Hon. Jeanne E. Scott

---

Saretsky Hart Michaels & Gould PC
Attorneys for Plaintiff
By:   Gary M. Saretsky
       Miles D. Hart
       Eric A. Michaels
995 South Eton
Birmingham, MI 48009
(248) 502-3300

Carlile Patchen & Murphy
Attorneys for Defendants
By:   Dennis Concilla
       Douglas Jennings
366 East Broad Street
Columbus, OH 43215
(614) 228-6135

Brown, Hay & Stephens, LLP
Attorneys for Defendants
By:   Scott C. Hemholz
205 S. Fifth St., Suite 700
Springfield, IL 62701
(217) 544-8491

---

## **STIPULATION FOR DISMISSAL**

     Now comes plaintiff, Morgan Stanley DW Inc. ("Morgan Stanley") and defendants, by and through their respective attorneys, and hereby stipulate to the dismissal of this matter without prejudice and without costs.

Morgan Stanley DW Inc.

By: :  _s/Gary M. Saretsky_____
      Gary M. Saretsky
      Miles D. Hart
      Attorneys for Plaintiff
      995 South Eton
      Birmingham, Michigan 48009
      (248) 502-3300
      gsaretsky@saretsky.com

___July 30, 2007_____
Date

Carlilie Patchen & Murphy

By: _s/Douglas R. Jennings_____
      Dennis Concilla
      Douglas R. Jennings
      Attorneys for Defendants
      366 East Broad Street
      Columbus, Ohio 43215
      (614) 228-6135

___07/23/07_____
Date

Brown, Hay & Stephens, LLP
Attorneys for Defendants
By:     Scott C. Hemholz
205 S. Fifth St., Suite 700
Springfield, IL 62701
(217) 544-8491

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.

    Plaintiff,

v.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A . NOONAN and TIMOTHY R. HUSEMAN,

    Defendants.

Case No. 3:04-cv-3263
Hon. Jeanne E. Scott

---

Saretsky Hart Michaels & Gould PC
Attorneys for Plaintiff
By:    Gary M. Saretsky
        Miles D. Hart
        Eric A. Michaels
995 South Eton
Birmingham, MI  48009
(248) 502-3300

Carlile Patchen & Murphy
Attorneys for Defendants
By:    Dennis Concilla
        Douglas Jennings
366 East Broad Street
Columbus, OH 43215
(614) 228-6135

Brown, Hay & Stephens, LLP
Attorneys for Defendants
By:    Scott C. Hemholz
205 S. Fifth St., Suite 700
Springfield, IL 62701
(217) 544-8491

---

### ORDER FOR DISMISSAL

At a session of said court held in the City of Springfield, State of Illinois on: _____

Present: Hon._____
        U.S. District Court Judge

The court having reviewed the attached stipulation and being fully advised;

IT IS HEREBY ORDERED that this matter is dismissed without prejudice and without costs.

        _____
        U.S. District Court Judge