UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.

    Plaintiff,

v.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A. NOONAN and TIMOTHY R. HUSEMAN,

    Defendants.

Case No. 3:04-cv-3263
Hon. Jeanne E. Scott

---

Saretsky Hart Michaels & Gould PC
Attorneys for Plaintiff
By:    Gary M. Saretsky
        Miles D. Hart
        Eric A. Michaels
995 South Eton
Birmingham, MI  48009
(248) 502-3300

Carlile Patchen & Murphy
Attorneys for Defendants
By:    Dennis Concilla
        Douglas Jennings
366 East Broad Street
Columbus, OH 43215
(614) 228-6135

Brown, Hay & Stephens, LLP
Attorneys for Defendants
By:    Scott C. Hemholz
205 S. Fifth St., Suite 700
Springfield, IL 62701
(217) 544-8491

---

## ORDER FOR DISMISSAL

At a session of said court held in the City of Springfield, State of Illinois on: _____

Present: Hon._____
                      U.S. District Court Judge

The court having reviewed the attached stipulation and being fully advised;

    IT IS HEREBY ORDERED that this matter is dismissed without prejudice and without costs.

                                    _____
                                    U.S. District Court Judge