UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

MORGAN STANLEY DW INC.

    Plaintiff,

v.

STEPHEN L. PATTON, CHRISTOPHER H. NOONAN, THOMAS A . NOONAN and TIMOTHY R. HUSEMAN,

    Defendants.

Case No. 3:04-cv-3263
Hon. Jeanne E. Scott

---

Saretsky Hart Michaels & Gould PC
Attorneys for Plaintiff
By:    Gary M. Saretsky
        Miles D. Hart
        Eric A. Michaels
995 South Eton
Birmingham, MI  48009
(248) 502-3300

Carlile Patchen & Murphy
Attorneys for Defendants
By:    Dennis Concilla
        Douglas Jennings
366 East Broad Street
Columbus, OH 43215
(614) 228-6135

Brown, Hay & Stephens, LLP
Attorneys for Defendants
By:    Scott C. Hemholz
205 S. Fifth St., Suite 700
Springfield, IL 62701
(217) 544-8491

---

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2007, I electronically filed the Stipulation for Dismissal and proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I hereby certified that I have mailed by United States Postal Service the document to any counsel of record who is a non CM/ECF filing participant.

    Saretsky Hart Michaels & Gould PC
    Attorneys for Plaintiff

    By: s/ Gary M. Saretsky
        Gary M. Saretsky (MI P31708)
        995 South Eton
        Birmingham, MI  48009
        Telephone: (248) 502-3300
        Fax: (248) 502-3301

Dated:  July 30, 2007        E-mail:  gsaretsky@saretsky.com